AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District Of Texas
**FILED**
MAY 14 2020
David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Saul Sauceda (1974/USA) | ) | Case No. M-20-0984-M |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 14, 2020__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 924(c)(1)(i) | Possession of a Firearm in Furtherance of Drug Trafficking |
| 21 USC § 841 | Possession with Intent to Distribute a Controlled Substance |
| 21 USC § 846 | Conspiracy to Possess with Intent to Distribute a Controlled Substance |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Roberto Lopez

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: 5/15/2020 @ 8:00AM

City and state: McAllen, Texas

/s/ Nicholas C. Stott
*Complainant's signature*

Nicholas C. Stott, HSI Special Agent
*Printed name and title*

*Judge's signature*

U.S. Magistrate Judge J. Scott Hacker
*Printed name and title*

**Attachment A**

On May 14, 2020, Homeland Security Investigation ("HSI") Special Agents executed a search warrant at a residence located in Mission, Texas. During the execution of the search warrant, Special Agents located cocaine wrapping materials, cutting agents, scales, over 60 grams of cocaine, and a firearm all located in one of the residence's bedrooms. During the execution of the search warrant, Agents also encountered one of the occupants, Saul Sauceda ("Sauceda"), at the residence.

During a post-Miranda interview, Sauceda admitted to being the occupant of the bedroom where the cocaine was found. Sauceda also admitted to being the owner of the cocaine and stated he previously purchased the cocaine for further distribution. Sauceda also admitted that he was in possession of the firearm, which he claimed had been left at the residence by his brother, Eliud Sauceda ("E. Sauceda"). During the interview, Sauceda also discussed how E. Sauceda and his wife had been shot at by a group of drug traffickers and how the firearm could be used for his protection. The events relating to the shooting referenced by Sauceda have been corroborated by investigative reporting from McAllen PD and federal agencies.

Sauceda also granted Special Agents consent to search his phone. In the phone, Special Agents located multiple pictures of what appears to be kilogram quantities of cocaine. Metadata details from the pictures indicate that the pictures were also taken in January of 2020 from the phone's camera. Agents also located conversations between Sauceda and E. Sauceda that occurred on approximately the same dates as the pictures of the kilogram quantities of cocaine. Within the conversations, Agents located text messages where Sauceda informs E. Sauceda that it is his turn to protect which he followed by sending a picture of two firearms on a mattress. The picture of the firearms on the mattress appears to show a lack of furniture or personal effects in the residence, which is consistent with your Affiant's experience with stash houses. During the interview, Sauceda denied that he was protecting cocaine, but rather an illegal gambling establishment.